**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Reginald Anthony FALICE,
Defendant-Appellant.**

No. 17-6856

United States Court of Appeals,
Fourth Circuit.

Submitted: November 21, 2017

Decided: November 27, 2017

Reginald Anthony Falice, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

·Reginald Felice appeals the district court's text order denying his motion to dismiss his federal criminal conviction for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Falice*, No. 3:98-cr-00244-GCM-1 (W.D.N.C. June 20, 2017).

We deny Falice's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*